HAWKINS MELENDREZ, P.C.
Martin I. Melendrez, Esq.
Nevada Bar No. 7818
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
Phone: (702) 623-6614
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com

*Attorneys for Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3*

## UNITD STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3,<br>　　Plaintiff,<br>v.<br><br>FLAMINGO 316, LLC, a series of Nevada Rental Holdings, LLC; MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DADON CONDOS, LLC; TOM DADON and DANIELA DADON, Trustees of the T&D NEVADA TRUST; MERIDIAN RESORTS LLC, 220 E FLAMINGO UNIT 316 SERIES; RICHARD COHEN, an individual; IRIS COHEN, an individual,<br>　　Defendants. | Case No.: 2:17-cv-02400-JAD-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

|   |   |
|---|---|
| 1 | Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3 hereby consents to the substitution of Martin I. Melendrez, Esq. of the law firm HAWKINS MELENDREZ, P.C. as its counsel in the place and stead of BALLARD SPAHR, LLP, in the above-entitled matter. |

Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3 hereby consents to the substitution of Martin I. Melendrez, Esq. of the law firm HAWKINS MELENDREZ, P.C. as its counsel in the place and stead of BALLARD SPAHR, LLP, in the above-entitled matter.

Dated this 1 day of Feb, 2018.

HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3 By PHH as atty in fact

By: _____

Its: AVP

Martin I. Melendrez, Esq. of HAWKINS MELENDREZ, P.C. hereby consents to substitution as counsel of record for Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3 in the place and stead of BALLARD SPAHR, LLP.

Dated this ___ day of _____, 2018.

HAWKINS MELENDREZ, P.C.

By: _____
Martin I. Melendrez, Esq.
Nevada Bar No. 7818
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com

|   | |
|---|---|
| 1 | Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3 hereby consents to |
| 2 | the substitution of Martin I. Melendrez, Esq. of the law firm HAWKINS MELENDREZ, P.C. as its |
| 3 | counsel in the place and stead of BALLARD SPAHR, LLP, in the above-entitled matter. |

Dated this ___ day of _____, 2018.

                                 HSBC BANK USA, N.A. AS TRUSTEE FOR
                                 PHH 2007-3
                                 By: _____

                                 Its: _____

Martin I. Melendrez, Esq. of HAWKINS MELENDREZ, P.C. hereby consents to substitution as counsel of record for Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3 in the place and stead of BALLARD SPAHR, LLP.

Dated this 3rd day of July, 2018.

                                 HAWKINS MELENDREZ, P.C.

                                 By: _____
                                 Martin I. Melendrez, Esq.
                                 Nevada Bar No. 7818
                                 9555 Hillwood Drive, Suite 150
                                 Las Vegas, NV 89134
                                 Phone: (702) 318-8800
                                 Fax: (702) 318-8801
                                 mmelendrez@hawkinsmelendrez.com

Joel E. Tasca, Esq. and Holly Ann Priest, Esq. of the law firm of BALLARD SPAHR, LLP hereby consent to the substitution of Martin I. Melendrez, Esq. of the law firm HAWKINS MELENDREZ, P.C. as counsel of record in its place and stead on behalf of Plaintiff HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3.

       Dated this 31st day of January 2018.

                                        BALLARD SPAHR, LLP

                                        By: _____
                                        Joel E. Tasca, Esq.
                                        Nevada Bar No. 14124
                                        Holly Ann Priest, Esq.
                                        Nevada Bar No. 13226
                                        One Summerlin, 1980 Festival Plaza Drive,
                                        Suite 900
                                        Las Vegas, NV 89135-2958
                                        702.471.7000 Phone
                                        702.471.7070 FAX
                                        tasca@ballardspahr.com
                                        priesth@ballardspahr.com

APPROVED.
       Dated February 6, 2018.
                                        By: _____
                                        United States Magistrate Judge