# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | ) |
| Plaintiff(s), | ) Case No. 2:17-cv-02400-JAD-NJK |
| v. | ) **NOTICE** |
| FLAMINGO 316, LLC, et al., | ) |
| Defendant(s). | ) |

Currently herewith, the Court is granting a stipulation extend deadlines by 30 days. The Court is granting that stipulation <u>as a one-time courtesy</u> to the parties. Plaintiff's counsel filed a request to substitute as attorney of record on February 5, 2018. Docket No. 34. Pursuant to the local rules:

> Except where accompanied by a request for relief under subsection (e) of this rule, the attorney's signature on a stipulation to substitute the attorney into a case constitutes an express acceptance of all dates then set for pretrial proceedings, trial, or hearings, by the discovery plan or any court order.

Local Rule IA 11-6(c). No request to extend was made with the request to substitute in this case, as was required to the extent counsel believed an extension was appropriate based on the substitution. Counsel shall ensure that they comply with this rule in the future.

IT IS SO ORDERED.

DATED: February 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge