Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: tasca@ballardspahr.com
E-Mail: priesth@ballardspahr.com
*Attorneys for Plaintiff HSBC Bank USA, N.A.
as Trustee For PHH 2007-3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3, <br><br> Plaintiff, <br><br> vs. <br><br> FLAMINGO 316, LLC, a series of Nevada Rental Holdings, LLC; MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DADON CONDOS, LLC; TOM DADON and DANIELA DADON, Trustees of the T&D NEVADA TRUST; MERIDIAN RESORTS LLC, 220 E FLAMINGO UNIT 316 SERIES; RICHARD COHEN, an individual; IRIS COHEN, an individual, <br><br> Defendants. | Case No.: 2:17-cv-02400-JAD-NJK <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR HSBC BANK USA, N.A. AS TRUSTEE FOR PHH 2007-3's REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 48]** <br><br> (First Request) |

Pursuant to Local Rule LR IA 6-1, Plaintiff HSBC Bank USA, N.A. as Trustee for PHH 2007-3 ("HSBC"), Defendant Meridian Private Residences Homeowners Association (the "HOA"), and Defendants Flamingo 316, LLC, Dadon Condos, LLC, Tom Dadon, as Trustee of T&D Nevada Trust, Meridian LLC and Flamingo East Flamingo Unit 316 Series (the "Dadon Defendants") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate that, HSBC has up to and including August 6, 2018 to file a Reply in support of its Motion for Summary

Judgment [ECF No. 48]. This request is based the schedule of counsel for HSBC and to consolidate the reply deadlines triggered by the responses to HSBC's Motion for Summary Judgment [ECF Nos. 51 and 52], as the responses were filed on different dates. This is HSBC's first request for an extension for its reply and is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED this 24th day of July, 2018.

| BALLARD SPAHR LLP | AYON LAW, PLLC |
|---|---|
| By: /s/ *Holly Ann Priest*<br>    Joel E. Tasca<br>    Holly Ann Priest<br>    100 North City Parkway, Ste 1750<br>    Las Vegas, Nevada 89106<br><br>    *Attorneys for Plaintiff* | By:/s/ *Reginald Thomas*<br>    Reginald Thomas<br>    8716 Spanish Ridge Ave.<br>    Suite 115<br>    Las Vegas, Nevada 89148<br>    *Attorney for Defendants Flamingo 316, LLC, Dadon Condos, LLC, Tom Dadon, as Trustee of T&D Nevada Trust, Meridian LLC and Flamingo East Flamingo Unit 316 Series* |

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ *Peter Dunkley*
    Kaleb D. Anderson, Esq.
    Nevada Bar No. 7582
    Peter Dunkley, Esq.
    Nevada Bar No 11110
    9900 Covington Cross Drive, Ste.120
    Las Vegas, Nevada 891444

*Attorney for Defendant Newport Cove Condominium Unit-Owners Association, Inc.*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 26, 2018.

DMWEST #17956722 v1