# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HSBC BANK USA, N.A.,
    Plaintiff(s),

v.

FLAMINGO 316, LLC, et al.,
    Defendant(s).

Case No.: 2:17-cv-02400-JAD-NJK

**ORDER**

As Judge Dorsey noted recently, it appears that Defendants Richard and Iris Cohen have been served but have not participated in this case. *See* Docket No. 60 at 5 n.21 (citing Docket Nos. 31, 32). Plaintiff has not sought default for the Cohens. Concurrently herewith, the undersigned is setting a settlement conference. In the interim, Plaintiff shall file, no later than April 8, 2019, either requests for default or a status report explaining how Plaintiff intends to proceed with its claims against the Cohens.

IT IS SO ORDERED.

Dated: March 27, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge