# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:17-cv-02400-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 65] |
| FLAMINGO 316, LLC, et al., | |
| Defendant(s). | |

On March 27, 2019, the Court set a settlement conference for May 9, 2019. Docket No. 61. Any request to change that date was due by April 3, 2019. *See id.* at 1 n.1. Over a month later, on May 7, 2019, the parties filed a stipulation to continue the settlement conference based on the unelaborated assertion that "the representative for HSBC set to attend the conference has a personal family conflict." Docket No. 65 at 2. No explanation is made why this request could not have been made by the deadline for doing so on April 3, 2019. *Cf.* Fed. R. Civ. P. 6(b)(1)(B) (requests to extend made after a deadline has expired require a showing of excusable neglect).

The Court hereby **SETS** this stipulation for a telephonic hearing for today, May 7, 2019, at 3:00 p.m. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

1

Counsel shall be prepared to provide (1) elaboration on the reason underlying the request, (2) explanation why the settlement conference cannot be attended by a different representative for HSBC, (3) explanation why the stipulation was not filed in a timely manner, and (4) additional dates on which all required participants are available in the event the stipulation is granted, as the four dates offered in the stipulation conflict with other duties of the Court.

IT IS SO ORDERED.

Dated: May 7, 2019

_____
Nancy J. Koppe
United States Magistrate Judge