# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:17-cv-02400-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 82] |
| FLAMINGO 316, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a notice from the attorneys at Hutchison & Steffen making clear that they do not represent Defendant Meridian Resorts LLC, 220 E Flamingo Unit 316 Series. Docket No. 82. As a threshold matter, this document was incorrectly filed as a "motion," when it is actually a "notice." The Clerk's Office is **INSTRUCTED** to update the docket accordingly.

With respect to the substance of the notice, it represents that none of the Dadon Defendants has any control or settlement authority regarding Defendant Meridian Resorts, and it is actually controlled by former defendant Richard Cohen. *See id.* Given that Plaintiff previously filed a voluntary dismissal of Mr. Cohen, it is unclear whether it wishes to continue proceeding against Defendant Meridian Resorts. Either dismissal papers for Defendant Meridian Resorts or a joint status report regarding that aspect of the case must be filed by June 13, 2019.

IT IS SO ORDERED.

Dated: June 7, 2019

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge

1